# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138749(63)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 138749
COA: 283799
Jackson CC: 06-004643-FH;
06-004752-FH; 06-004760-FH

TODD ALAN BINSCHUS,
     Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's September 18, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     KELLY, C.J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

d0322